GARY M. RESTAINO
United States Attorney
District of Arizona
AUSTIN L. FENWICK
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: austin.fenwick@usdoj.gov
Attorneys for Plaintiff

FILED
2024 SEP 25 PM 5:59
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-06496 TUC-AMM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violation:<br>8 U.S.C. § 1326(a)(enhanced by<br>8 U.S.C. § 1326(b)(2)) |
| Deivin Escalante-Vazquez,<br>aka Deivin Marquitos Escalante-Vasquez, | |
| Defendant. | (Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about August 30, 2024, in the District of Arizona, to wit: at or near Sasabe, Deivin Escalante-Vazquez, aka Deivin Marquitos Escalante-Vasquez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Alexandria, Louisiana, on or about December 20, 2023, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in

violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated:   September 25, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/ S /

AUSTIN L. FENWICK
Assistant United States Attorney

REDACTED FOR PUBLIC DISCLOSURE

*United States of America v. Deivin Escalante-Vazquez*
*Indictment Page 2 of 2*